IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHEDRICK DION GADSON, <br> Reg. No. 11127-002, <br><br> Petitioner, <br><br> vs. <br><br> CHARLES L. LOCKETT, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO 2:16-cv-258-WHA <br> ) <br> )          (WO) <br> ) <br> ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #3), entered on April 20, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case with respect to Petitioner's challenge to the computation of his sentence is TRANSFERRED to the United States District Court for the Middle District of Florida for further proceedings.

The Clerk of Court is DIRECTED to take the necessary steps to effect the transfer.

DONE this 12th day of May, 2016.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE